# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

JOSE JUAN MORALES-ARREOLA,    §
#22027-479    §
   §   Civil Action No. 4:23-cv-00336
v.    §   Judge Mazzant/Judge Davis
   §
UNITED STATES OF AMERICA    §

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 17, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #7) that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) be denied, and that the case be dismissed with prejudice.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence (Dkt. #1) is **DENIED** and that the case is **DISMISSED** with prejudice. It is further **ORDERED**

---

[1] On July 7, 2026, a copy of the report was returned as undeliverable and marked "RETURN TO SENDER–NO LONGER AT THIS ADDRESS." (Dkt. #8). Plaintiff has not updated his address with the Court as required by the Local Rules. *See* Loc. R. CV-11(d) ("A *pro se* litigant must provide the court with a physical address (i.e., a post office box is not acceptable) and is responsible for keeping the clerk advised in writing of his or her current physical address.").

that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on

are hereby **DENIED**.

   **IT IS SO ORDERED**.

   **SIGNED this 10th day of July, 2026.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE